JAMES A. HEANEY, Respondent, *v.* O'BRIEN REALTY COMPANY, Appellant.

*Heaney* v. *O'Brien Realty Co.,* 154 App. Div. 905, appeal dismissed.
(Submitted April 14, 1913; decided April 22, 1913.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second

judicial department, entered January 6, 1913, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to foreclose a mechanic's lien.

The motion was made upon the grounds that the Appellate Division had unanimously found the findings of fact to be supported by the evidence; that no questions of law were involved and that the appeal was frivolous and prosecuted solely for delay.

*Edward V. Farley* for motion.

*William J. Martin* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.